# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

*12m - 5199- JGD*

v.

Case No. 12-cr-52-01-PB

Edward Keating

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Edward Keating and bring him forthwith to the nearest magistrate judge to answer a Memorandum charging him with

Violation of Condition of Bail. *See* Memorandum attached.

DATE: July 3, 2012

ISSUED BY: *Maryanne Michaelis*
Maryanne Michaelis
Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |